UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ADRIANNE POPECK

    PLAINTIFF

v.

THE RAWLINGS COMPANY LLC

AND

DEBRA FORD

    DEFENDANTS.

CIVIL ACTION NO. `3:16-cv-`138-GNS

***ELECTRONICALLY FILED***

## NOTICE OF REMOVAL

Defendants The Rawlings Company LLC and Debra Ford hereby remove this action from Oldham County, Kentucky, Circuit Court to the United States District Court for the Western District of Kentucky, at Louisville, pursuant to 28 U.S.C. §§ 1441 and 1446.

### BACKGROUND

1. Plaintiff Adrianne Popeck commenced this action on or about February 3, 2016, by filing her complaint in the Circuit Court for Oldham County, Kentucky. This case was captioned *Adrianne Popeck v. Rawlings Company, LLC and Debra Ford*, Oldham Circuit Court, Civil Action No. 16-CI-00067. A true and accurate copy of the complaint is attached as Exhibit A.

2. Defendant Ford was served with the complaint on February 5, 2016.

1

3. Defendant Rawlings was served with the complaint on February 11, 2016.

4. The complaint alleges claims against Rawlings and Ford for FMLA violations and retaliation under 29 U.S.C. 2601, *et seq.*, in addition to violations of K.R.S. Chapter 344 and K.R.S. 341.990.

## TIMELINESS OF REMOVAL

5. This notice of removal is timely because less than thirty days have elapsed since Rawlings was served with the complaint on February 11, 2016. *See* 28 U.S.C. § 1446(b).

## VENUE

6. Venue for this removal is proper pursuant to 28 U.S.C. § 1441 because the Western District of Kentucky at Louisville is the United States District Court for the district and division embracing the place where the state court action was pending.

## SUBJECT MATTER JURISDICTION

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. 1331 and 29 U.S.C. 2601, *et seq.* because the complaint presents a federal question. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

## OTHER MATTERS

8. Pursuant to 28 U.S.C. § 1446(a), all other pleadings, process, and orders served on and by the removing defendant in the state action are attached to this notice of removal as Exhibit B.

9.  In compliance with 28 U.S.C. § 1446(d), a copy of the notice of filing of the notice of removal to the United States District Court for the Western District of Kentucky that will be filed with the Circuit Court for Oldham County, Kentucky is attached hereto as Exhibit C.

10. This case is removed subject to and without waiver of any challenges that Rawlings or Ford may have as to personal jurisdiction, subject matter jurisdiction, proper venue, or any other claims or defenses that may be available to Rawlings or Ford, all of which are expressly reserved.

**WHEREFORE**, Defendants Rawlings and Ford respectfully remove this action from the Circuit Court for Oldham County, Kentucky to this Court, pursuant to 28 U.S.C. §§ 1331 and 1441.

Respectfully submitted,

*/s/ Ashley O. Hopkins*
Ashley O. Hopkins
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507-1758
Telephone: (859) 226-2300
ahopkins@stites.com

and

Shannon Antle Hamilton
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone: (502) 587-3400
shamilton@stites.com

*COUNSEL FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

   I hereby certify that on March 2, 2016, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, and mailed a copy, postage pre-paid, U.S. Mail, to the following:

Robyn Smith
Abney & McCarty, PLLC
2950 Breckenridge Lane, Ste 13
Louisville, KY 40220

                /s/ *Ashley O. Hopkins*
                *Counsel for Defendants*