UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:16-CV-00138-GNS-RSE

ADRIANNE POPECK                                                                                       PLAINTIFF

v.

RAWLINGS COMPANY LLC; and
DEBRA FORD                                                                                             DEFENDANTS

## JUDGMENT

This matter having come before the Court on the parties' motions for summary judgment (DN 110, 111, 112, 113, 115, 116, 117, 118), and the Court previously granted summary judgment for Plaintiff on Count V and for Defendants on all other counts of the Second Amended Complaint. (Mem. Op. & Order, DN 143). The Court on this date has issued an Order awarding attorneys' fees and costs to the parties.

**IT IS HEREBY ORDERED** as follows:

1. Judgment shall be entered in favor of Plaintiff on Count V and in favor of Defendants on all other counts of the Second Amended Complaint consistent with the Court's Memorandum Opinion and Order (DN 143).

2. Plaintiff is awarded attorneys' fees and costs in the amounts of $17,970.00 and $3,328.77, respectively.

3. Defendants are awarded costs totaling $17,220.33.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

January 18, 2019

cc:     counsel of record