UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ADRIANNE POPECK | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:16-cv-138-GNS |
| v. | ) |
| | ) |
| RAWLINGS COMPANY LLC | ) |
| | ) |
| and | ) |
| | ) |
| DEBRA FORD | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF APPEAL**
*Electronically Filed*

Notice is hereby given that Adrianne Popeck, plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Sixth Circuit the Judgment entered in this action on January 18, 2019, Dkt. No. 158. Plaintiff Popeck specifically gives notice that she appeals the interlocutory orders, rulings, findings, determinations, and decrees merged or incorporated into those specified orders.

Respectfully submitted,

__/s/ Robyn Smith_____
Robyn Smith
Abney Law Firm, PLLC
624 West Main Street
5th Floor
Louisville, Kentucky 40202
(502) 498-8585

***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 29th day of January, 2019, I served, via ECF, a true and correct copy of the foregoing upon:

Shannon Hamilton
Ashley Hopkins
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
(502) 587-3400


             __/s/ Robyn Smith_____
             *Counsel for Plaintiff*